Eric D. Houser (SBN 130079)
Denetta EJ Scott (SBN 236899)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: dscott@houser-law.com

Attorneys for Defendant,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY GARCIA, | Case No.: EDCV 15-1034-GW(AJWx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | **JUDGMENT** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., | Complaint Filed: May 27, 2015 |
| DOES 1 to 100, inclusive, | |
| Defendants. | |

In accordance with the Court's Order granting Defendant Mortgage Electronic Registration Systems, Inc.'s ("MERS") motion to dismiss on October 1, 2015 [Document 30] and upon the denial of Plaintiff Gary Garcia's Motion for Reconsideration on March 10, 2015 [Document 46],

/ / /

/ / /

/ / /

PROPOSED JUDGMENT
1

1  IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff take
2  nothing by way of his complaint, that the action be dismissed with prejudice and
3  that final judgment is entered in favor of Defendant MERS.
4  **IT IS SO ORDERED**.

5
6  Dated: March 18, 2016      _____
7                              GEORGE H. WU,
                                United States District Judge